FILED BY_____ D.C.
2000 FEB 24 PM 3: 25
CLA...
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

| | | |
|---|---|---|
| DANIEL MCCARTHY, | ) | Case No. 00-6013-Civ-Gold |
| | ) | Magistrate Judge Simonton |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S.A. PROTECTION, INC., formerly | ) | **Motion for Entry of Default by** |
| known as R.A. SECURITY SYSTEMS, | ) | **Clerk of Court** |
| INC., a Florida corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Daniel McCarthy, pursuant to Federal Rule of Civil Procedure 55(a), hereby moves for the entry of a default against Defendant by the Clerk of Court, on the grounds that Defendant has failed to file or serve any paper in response to Plaintiff's Complaint for Damages, as required by law.

The Complaint for Damages was served on Defendant on January 19, 2000. *See* Return of Service, appended hereto. As of the date of this motion, more than twenty days have elapsed since Defendant was served with the Complaint for Damages, and Defendant has failed to file or serve any paper in response to Plaintiff's Complaint for Damages, as required by Federal Rule of Civil Procedure 12.

WHEREFORE, Plaintiff respectfully moves the Clerk of Court for the entry of a default against Defendant. For the Clerk's convenience, a Notice of Entry of Default is attached to this motion.

1

Respectfully submitted,

Loring N. Spolter, P.A.
Attorney for Plaintiff
The International Building
2455 East Sunrise Boulevard, Suite 807
Fort Lauderdale, Florida 33304
Telephone: (954) 728-3493
Telecopier: (954) 563-2252

By: _____
    Loring N. Spolter
    Fla. Bar No. 864196

Dated: February ___, 2000

# STATE SERVICE
## CORPORATION

4030 POWERLINE ROAD • FT. LAUDERDALE, FL 33309
(954) 568-1900 • FAX (954) 566-3333

01/05/00

DANIEL MCCARTHY

VS.

U.S.A. PROTECTION, INC., F/K/A R.A.
SECURITY SYSTEMS, INC.

RETURN OF SERVICE

CASE NO. 00-6013-CI-GOLD
COURT UNITED STATES DISTRICT
HRG. DATE

TYPE OF WRIT
SUMMONS
20 DAY / COMPLAINT

TO U.S.A. PROTECTION, INC.    C/O ROD STEADMAN - RA

19371 SW 118TH CT., MIAMI, FL 33177

RECEIVED THIS WRIT ON JANUARY 5, 0100    AT 01:00 P.M.
AND ON 1/15/2000    at .M. 7:20 P.M., I SERVED IT ON THE WITHIN
NAMED U.S.A. PROTECTION, INC.    C/O ROD STEADMAN - RA IN DADE
COUNTY, FLORIDA

_____ **INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

_____ **SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit: _____
_____, or to _____ spouse of defendant, at _____
_____, or to _____ manager of defendant business _____
_____ and informing such person of their contents pursuant to: ☐ F.S. 48.031. _____
☐ F.S. 48.031 (2)(a)  ☐ F.S. 48.031 (2)(b).

✓ **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to _____
_____ as _____ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____
_____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving
ROD STEADMAN as a registered agent in compliance with F.S. 48.091.

_____ **PARTNERSHIP SERVICE:** By serving _____, partner, or to _____
_____ a designated employee or person in charge of partnership.

_____ **POSTED:** ___ COMMERCIAL, ___ RESIDENTIAL, 1st Attempt _____ AM/PM 2nd Attempt _____ AM/PM
DATE                                                  DATE

_____ **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____
_____ in _____ County, Florida

**COMMENTS:** _____

LORING N. SPOLTER, ESQ.
LORING N. SPOLTER, P.A.
2455 E. SUNRISE BLVD., SUITE 807
FORT LAUDERDALE, FL 33304
INDEX  12911

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS 92.525(2)
I am certified/appointed in good standing in the judicial circuit wherein this process was served and have no interest in the above action.

BY: _____
Certified/Appointment No. CRAIG WATSON (#333)