UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Daniel McCarthy,

    Plaintiff(s),

v.

**USA Protection, Inc.,**

    Defendant(s).
_____/

CASE NO. 00-6013-Civ-Gold

FILED by _____ D.C.
Feb 25, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **USA Protection, Inc.**, is not in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is not hereby entered against defendant(s) USA Protection, Inc., due to the fact that the docket sheet does not reflect the filing of an original summons or original return of service executed, as of course, on this date February 25, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk