AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ Florida

Daniel McCarthy,
    Plaintiff,

v.

U.S.A. Protection, Inc.,
f/k/a R.A. Security Systems, Inc.
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV - GOLD

00-6013

MAGISTRATE JUDGE
SIMONTON

TO: (Name and address of defendant)

U.S.A. Protection, Inc.
by serving its registered agent, Rod Steadman
19371 S.W. 118th Court
Miami, Florida 33177

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loring N. Spolter, P.A.
2455 East Sunrise Blvd., Suite 807
Fort Lauderdale, FL 33304
(954) 728-3494

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE  Jan 5, 2000

FEB 29 2000