IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

| | |
|---|---|
| DANIEL MCCARTHY, ) | Case No. 00-6013-Civ-Gold |
| ) | Magistrate Judge Simonton |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| U.S.A. PROTECTION, INC., formerly ) | **Renewed Motion for Entry of Default** |
| known as R.A. SECURITY SYSTEMS, ) | **by Clerk of Court** |
| INC., a Florida corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff, Daniel McCarthy, pursuant to Federal Rule of Civil Procedure 55(a), hereby moves for the entry of a default against Defendant by the Clerk of Court, on the grounds that Defendant has failed to file or serve any paper in response to Plaintiff's Complaint for Damages, as required by law.

The Complaint for Damages was served on Defendant on January 19, 2000. *See* Copy of Return of Service, appended hereto. As of the date of this motion, more than twenty days have elapsed since Defendant was served with the Complaint for Damages, and Defendant has failed to file or serve any paper in response to Plaintiff's Complaint for Damages, as required by Federal Rule of Civil Procedure 12.

Plaintiff previously moved for entry of default on February 22, 2000. By Order entered February 25, 2000, the Motion for Entry of Default was denied, on grounds that the docket sheet for this cause did not reflect the filing of the original summons or return of service. Plaintiff has



since filed the original return of service, and hereby renews his Motion for Entry of Default

WHEREFORE, Plaintiff respectfully moves the Clerk of Court for the entry of a default against Defendant. For the Clerk's convenience, a Notice of Entry of Default is attached to this motion.

                Respectfully submitted,

                Loring N. Spolter, P.A.
                Attorney for Plaintiff
                The International Building
                2455 East Sunrise Boulevard, Suite 807
                Fort Lauderdale, Florida 33304
                Telephone: (954) 728-3493
                Telecopier: (954) 563-2252

                By: _____

Dated: March 7, 2000
                        Loring N. Spolter
                        Fla. Bar No. 864196

# STATE SERVICE
## CORPORATION

4030 POWERLINE ROAD · FT. LAUDERDALE, FL 33309
(954) 568-1900 · FAX (954) 566-3333

DATE RECEIVED: 01/05/00

CASE NO: 00-6013-CI-GOLD
COURT: UNITED STATES DISTRICT
ORIG. DATE: _____
TYPE OF WRIT: SUMMONS 20 DAY / COMPLAINT

DANIEL MCCARTHY

vs.

U.S.A. PROTECTION, INC., F/K/A R.A. SECURITY SYSTEMS, INC.

RETURN OF SERVICE

TO U.S.A. PROTECTION, INC.   C/O ROD STEADMAN - RA

19371 SW 118TH CT., MIAMI, FL 33177

RECEIVED THIS WRIT ON JANUARY 5, 0100 AT 01:00 P.M.
AND ON 1/15/2000 at 7:20 P.M., I SERVED IT ON THE WITHIN NAMED U.S.A. PROTECTION, INC. C/O ROD STEADMAN - RA IN DADE COUNTY, FLORIDA

____ **INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

____ **SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit: _____
_____ or to _____ spouse of defendant, at _____
_____, or to _____ manager of defendant business _____
_____ and informing such person of their contents pursuant to: ☐ F.S. 48.031. _____
☐ F.S. 48.031 (2)(a)  ☐ F.S. 48.031 (2)(b).

✓ **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to _____
_____ as _____ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____
_____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving ROD STEADMAN as a registered agent in compliance with F.S. 48.091.

____ **PARTNERSHIP SERVICE:** By serving _____, partner, or to _____
_____ a designated employee or person in charge of partnership.

____ **POSTED:** ___ COMMERCIAL, ___ RESIDENTIAL, 1st Attempt _____ AM/PM  2nd Attempt _____ AM/PM

____ **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____
_____ in _____ County, Florida

**COMMENTS:** _____

LORING N. SPOLTER, ESQ.
LORING N. SPOLTER, P.A.
2455 E. SUNRISE BLVD., SUITE 807
FORT LAUDERDALE, FL 33304
INDEX   12911

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS 92.525(2)
I am certified/appointed in good standing in the judicial circuit wherein this process was served and have no interest in the above action.

BY: _____
Certified/Appointment No. CRAIG WATSON (#333)

OXFORD PRINTING FT LAUDERDALE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

| | | |
|---|---|---|
| DANIEL MCCARTHY, | ) | Case No. 00-6013-Civ-Gold |
| | ) | Magistrate Judge Simonton |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S.A. PROTECTION, INC., formerly | ) | **Notice of Entry of Default by** |
| known as R.A. SECURITY SYSTEMS, | ) | **Clerk of Court** |
| INC., a Florida corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OS HEREBY GIVEN THAT, pursuant to Federal Rule of Civil Procedure 55(a), a default has been entered by the Clerk of Court against Defendant U.S.A. Protection Services, Inc., for failure to file or serve any paper in response to Plaintiff's Complaint for Damages, as required by law.

**WITNESS** my hand and the Seal of said Court

Dated on _____, 2000.

By: _____
As Deputy Clerk