UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CLERK'S DEFAULT

Daniel McCarthy,                         CASE NO. 00-6013-CIV-GOLD

        Plaintiff(s),

v.

U.S.A. Protection, Inc.,
,

        Defendant(s).

_____/

<div style="border:1px solid">
FILED by __hd__ D.C.

**Mar 13, 2000**

CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.
</div>

It appearing that the defendant(s) herein, **U.S.A.**

**Protection, Inc.,**, is in default for failure to appear, answer or

otherwise plead to the complaint filed herein within the time

required by law.  Default is hereby entered against defendant(s)

U.S.A. Protection, Inc., , as of course, on this date March 13,

2000.

                        **CLARENCE MADDOX**
                        CLERK OF COURT


                        By: _____
                              Deputy Clerk

