# STATE SERVICE
## CORPORATION

4030 POWERLINE ROAD · FT. LAUDERDALE, FL 33309
(954) 568-1900 · FAX (954) 566-3333

01/05/00

DANIEL MCCARTHY

VS.

U.S.A. PROTECTION, INC., F/K/A R.A. SECURITY SYSTEMS, INC.

RETURN OF SERVICE

CASE NO. 00-6013-CI-GOLD
COURT UNITED STATES DISTRICT
HRG. DATE

TYPE OF WRIT
SUMMONS
20 DAY / COMPLAINT

TO U.S.A. PROTECTION, INC.    C/O ROD STEADMAN - RA

19371 SW 118TH CT., MIAMI, FL 33177
RECEIVED THIS WRIT ON JANUARY 5, 0100    AT 01:00 P.M.
AND ON 1/15/2000 at .M. 7:20 P.M., I SERVED IT ON THE WITHIN
NAMED U.S.A. PROTECTION, INC.    C/O ROD STEADMAN - RA IN DADE
COUNTY, FLORIDA

_____ **INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

_____ **SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit: _____
_____, or to _____ spouse of defendant, at _____
_____, or to _____ manager of defendant business _____
_____ and informing such person of their contents pursuant to: ☐ F.S. 48.031. _____
☐ F.S. 48.031 (2)(a)   ☐ F.S. 48.031 (2)(b).

✓ **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to _____ as _____ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving ROD STEADMAN as a registered agent in compliance with F.S. 48.091.

_____ **PARTNERSHIP SERVICE:** By serving _____, partner, or to _____ a designated employee or person in charge of partnership.

_____ **POSTED:** ___ COMMERCIAL, ___ RESIDENTIAL, 1st Attempt _____ AM/PM 2nd Attempt _____ AM/PM
_____ **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____
_____ in _____ County, Florida
**COMMENTS:** _____

LORING N. SPOLTER, ESQ.
LORING N. SPOLTER, P.A.
2455 E. SUNRISE BLVD., SUITE 807
FORT LAUDERDALE, FL 33304
INDEX    12911

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS 92.525(2)
I am certified/appointed in good standing in the judicial circuit wherein this process was served and have no interest in the above action.

APR 2 8 2000

Rec'd in MIA Dkt

BY: _____
Certified/Appointment No. CRAIG WATSON (#333)

OXFORD PRINTING - FT. LAUDERDALE