

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, DANIEL MCCARTHY ("McCarthy"), through his undersigned attorneys, moves this Court pursuant to Federal Rule of Civil Procedure 55(b) to enter a Default Judgment in his favor, and states as follows:

1.     The Complaint was filed in this Court on January 5, 2000.

2.     The Summons and Complaint were duly served on the Defendant on January 19, 2000. No answer or other defense has been filed by the Defendant.

3.     The Defendant is a corporation.

4.     The Clerk of Court entered a Default against the Defendant on March 13, 2000, for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, pursuant to Federal Rule of Civil Procedure 55(a).

5.     McCarthy seeks compensation for Defendant's violation of the Fair Labor Standards Act in failing to pay McCarthy the required overtime pay for hours worked in excess of forty (40) in any given workweek. In addition, McCarthy seeks liquidated damages, as the

Defendant's violation of the FLSA was willful, and McCarthy seeks costs and attorney's fees. Because the amount of the monetary relief is not a sum certain, McCarthy requests that the Court hold an applicable hearing (*e.g.*, assemble a jury) to assess the appropriate amount of damages.

WHEREFORE, McCarthy moves the Court to make and enter a judgment in his favor; to set a date to assemble a jury to assess the appropriate amount of overtime pay and liquidated damages; and to retain jurisdiction to tax costs in the favor of McCarthy, and to award him a reasonable amount of attorney's fees.

Respectfully Submitted,

Loring N. Spolter, P.A.
Attorney for Plaintiff
International Building
2455 E. Sunrise Blvd.
Suite 807
Fort Lauderdale, FL 33304
Tel. (954) 728-3494
Fax (954) 568-9192

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 864196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by U.S. mail to: Rod Steadman, Registered Agent of the above-named Defendant, 19371 S.W. 118th Court, Miami, Florida 33177 this 5th day of May, 2000.

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 0864196