UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

FILED by ___ D.C.
JUN 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**THIS CAUSE** is before the court upon plaintiff's motion for default judgment (DE # 9). The complaint in this case was filed on January 5, 2000. The summons and complaint were served on the defendant on January 19, 2000, and defendant never responded to the complaint or otherwise made any appearance in this case. The clerk of the court entered a default against the defendant on March 13, 2000 for failure to appear, answer, or otherwise plead to the complaint. Defendant still has not answered the complaint. Therefore, it is

**ORDERED AND ADJUDGED THAT:**

1)     Plaintiff's motion for default judgment (DE # 9) is GRANTED.

2)     Pursuant to Fed. R. Civ. P. 55, the court hereby enters judgment against defendant U.S.A. Protection, Inc. and in favor of plaintiff Daniel McCarthy.

3)     Because plaintiff has indicated that the amount of damages not a sum certain and plaintiff requests a jury trial on damages, the plaintiff shall first submit to the court

1



within 10 days of this order a brief statement setting forth the following:

a) The statutes entitling the plaintiff to a jury trial on damages in this case.

b) A brief statement of the issues to be tried.

c) Whether any additional discovery will be necessary before trial.

d) An estimate of the number of witnesses, expert witnesses, and exhibits to be presented at the trial.

e) An estimate of the total time expected for the trial.

4) Once the court receives plaintiff's statement, the court will set a hearing to further discuss a trial on this matter.

5) The court notes that the defendant may still appear with counsel to participate in any further proceedings before the court, including a trial on damages.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 day of May, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:

Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177