FILED BY _____ DC

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

00 JUN 16 AM 10: 14

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

| | | |
|---|---|---|
| DANIEL MCCARTHY, | ) | Case No. 00-6013-Civ-Gold |
| | ) | Magistrate Judge Simonton |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S.A. PROTECTION, INC., formerly | ) | **Plaintiff's Statement in Response to** |
| known as R.A. SECURITY SYSTEMS, | ) | **Order Granting Motion for Default** |
| INC., a Florida corporation, | ) | **Judgment** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Daniel McCarthy, hereby files his statement in response to the Court's Order

Granting Plaintiff's Motion for Default Judgment, entered May 31,200:

**1.    The statutes entitling Plaintiff to a jury trial on damages in this case.**

It is well-settled that where an employee brings an action against his employer for alleged

violations of the Fair Labor Standards Act under 29 U.S.C. § 216(b) the parties are entitled to

trial by jury. *Wirtz v. Jones,* 340 F.2d 901 (5th Cir. 1965); *Mitchell v. City Ice Co.,* 273 F.2d 560

(5th Cir. 1960); *Lewis v. Times Pub. Co.,* 185 F.2d 457 (5th Cir. 1950).

**2.    Whether any additional discovery will be necessary before trial.**

Due to Defendant's failure to respond to the Complaint, and its failure to otherwise

participate in the case, Plaintiff has been unable to conduct any written or deposition discovery in

this matter.   Prior to the trial, Plaintiff will serve written discovery requests on the Defendant's

registered agent and attempt to depose individuals with knowledge of Plaintiff's claim.

1



However, in the event that Defendant fails to respond to such discovery, Plaintiff will simply present his own testimony at trial regarding the number of overtime hours he worked for Defendant, his hourly rate of pay, and his total unpaid overtime wages.

3.      **An estimate of the number of witnesses, expert witnesses, and exhibits to be presented at trial.**

Plaintiff's counsel estimates that the damages portion of this case can be tried with a minimum number of witnesses and exhibits. At present, Plaintiff intends to present his own testimony, and any documentary evidence showing the number of hours he worked for Defendant during the relevant time period. In the event that Defendant participates in the damages trial, Plaintiff will call one or more of Defendant's agents, officers or employees with knowledge of the number of overtime hours Plaintiff worked for Defendant and his hourly rate of pay. Plaintiff does not foresee the need for any expert witnesses at the damages trial.

4.      **An estimate of the time required for the trial.** Plaintiff estimates that the damages trial in this action can be completed one day or less.

Respectfully submitted,

Loring N. Spolter, P.A.
Attorney for Plaintiff
The International Building
2455 East Sunrise Boulevard, Suite 807
Fort Lauderdale, Florida 33304
Telephone: (954) 728-3493
Telecopier: (954) 563-2252

By: _____
        Loring N. Spolter
        Fla. Bar No. 864196

Dated: June 15th, 2000

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was served this date by mail upon the following:

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 S.W. 118th Court
Miami, Florida 33177

Loring Spolter