UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

**UNILATERAL PRETRIAL STIPULATION**

Plaintiff Daniel McCarthy ("McCarthy"), through counsel, files this Unilateral Pretrial Stipulation pursuant to this Court's Order Setting Plaintiff's Case for Trial on Damages, dated August 7, 2000, and Rule 16.1.E of the Local Rules of the United States District Court for the Southern District of Florida.

    1.    **Statement of the Case.**

The Defendant has defaulted this matter, and thus is liable to McCarthy. McCarthy worked for the Defendant during 1997-1999. McCarthy worked work weeks which consisted of 66 hours, he worked holidays, and he was not paid for vacation time. For all of the time McCarthy worked, he only received straight time, which averaged $13.25 per hour. In violation of the Fair Labor Standards Act, he did not receive time-and-one-half pay for any of the hours which exceeded forty (4) hours in one work week, nor did he receive time and one-half pay for any holiday hours worked. Additionally, McCarthy was not given vacation pay.

McCarthy's back pay damages are as follows for overtime: 68 (weeks of work) x 26 (hours of overtime per week) = 1768 hours of overtime worked from 1997-99. Because McCarthy's average hourly rate was $13.25 per hour, he is entitled to time and one-half for each hour worked that was more than 40 in any given workweek, which equals $19.88 per hour. Thus, for each hour of overtime worked, the Defendant owes McCarthy $6.63. 1768 (hours of overtime) x $6.63 (one-half of $13.25) = $11,721.84. McCarthy also maintains that the Defendant's violation of the Fair Labor Standards Act was willful, and therefore the Defendant should be assessed $11,721.84 in liquidated damages.

McCarthy's back pay damages for holiday time is as follows: During 1998 and 1999, McCarthy worked a total of 120 hours on holidays, but was only paid straight time. 120 (holiday hours) x $6.63 = $795.60. Again, McCarthy is entitled to an additional $795.60 in liquidated damages. McCarthy's earned vacation time was 264 hours. He is entitled to be reimbursed for his accrued vacation time.

2. **Basis of Federal Jurisdiction:**

This action is brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). A federal question is involved, and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343.

3. **Pleadings Raising the Issues:**

The pleading raising the issues is McCarthy's Complaint, as the Defendant did not file an Answer and Affirmative Defenses in response to McCarthy's Complaint.

4. **List of Undisposed Motions:**

There are no motions pending before the Court.

5. **Statement of Uncontested Facts:**

All of the facts in this case are undisputed, because the Defendant has not appeared to dispute them.

6. **Issues of Fact Which Remain To Be Litigated:**

There are no issues of fact that remain to be litigated, as the Defendant has defaulted. However, the jury is to determine back pay damages for the failure of the Defendant to pay overtime, holidays, and vacation pay, and whether liquidated damages are warranted.

7. **Concise Statement of Issues of Law on Which There Is Agreement:**

All of the issues of law are in agreement, because the Defendant has not appeared in this case.

8. **Issues of Law Which Remain for Determination by the Court:**

Whether McCarthy is entitled to attorneys' fees and costs if he prevails in this action and, if so, in what amount.

9. **List of Exhibits:**

McCarthy's list of exhibits is attached as Exhibit A.

10. **List of Trial Witnesses:**

McCarthy's list of trial witnesses is attached as Exhibit B.

11. **Estimated Trial Time:**

The parties estimate the time necessary for trial to be one day.

12. **Attorneys' Fees:**

McCarthy intends to move for an award of attorneys' fees because he is the prevailing party, and will provide the Court with an estimate of fees sought at that time.

Dated this 12th day of September, 2000.

Respectfully Submitted,

Loring N. Spolter, P.A.
Attorney for Plaintiff
International Building
2455 E. Sunrise Blvd.
Suite 807
Fort Lauderdale, FL 33304
Tel. (954) 728-3494
Fax (954) 568-9192

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 864196

### CERTIFICATE OF SERVICECERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by U.S. mail to: Rod Steadman, Registered Agent of the above-named Defendant, 19371 S.W. 118th Court, Miami, Florida 33177 this 12th day of September, 2000, _and_ _U.S.A. Protection, Inc., 3200 N.E. __th Ave., (illegible), Pompano Beach, FL 33[?]_

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 0864196

4

## PLAINTIFF'S EXHIBIT LIST

| CASE NAME | | DISTRICT COURT |
|---|---|---|
| McCarthy v. U.S.A. Protection, Inc. | | Southern District of Florida |
| **DEFENDANT'S ATTORNEY** | **PLAINTIFFS ATTORNEY** | **DOCKET NUMBER** |
| None | Loring N. Spolter, Esq.<br>LORING N. SPOLTER, P.A.<br>International Building<br>2455 E. Sunrise Blvd., Suite 807<br>Fort Lauderdale, Florida 33304 | Case No. 00-6013-CIV-GOLD<br><br>Magistrate Judge Simonton |
| | | **TRIAL DATE(S)** |
| **PRESIDING JUDGE** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Honorable Alan S. Gold | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | McCarthy's Income Tax Return for 1997 |
| | 2 | | | | McCarthy's Income Tax Return for 1998 |
| | 3 | | | | McCarthy's Income Tax Return for 1999 |
| | 4 | | | | McCarthy's W-2 Statement for 1997 |
| | 5 | | | | McCarthy's W-2 Statement for 1998 |
| | 6 | | | | McCarthy's W-2 Statement for 1999 |
| | 7 | | | | All canceled checks from Defendant given to McCarthy as pay |
| | 8 | | | | All documents pertinent to the amount of income McCarthy received from the Defendant |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |

## EXHIBIT A

## McCARTHY v. U.S.A. PROTECTION, INC.

### CASE NO. 00-66013-CIV-GOLD

### PLAINTIFF'S WITNESS LIST

1. Dan McCarthy

2. All other witnesses of the Defendant with knowledge of McCarthy's pay

3. All Witnesses on Defendant's Witness List

4. All Witnesses needed for rebuttal

5. All Witnesses needed for impeachment

**EXHIBIT B**