UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

        Plaintiff,

vs.

USA PROTECTION, INC.
d/b/a Security Systems, Inc.,

        Defendant.
_____/



FILED by _____ D.C.

SEP 26 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING PRETRIAL CONFERENCE DATE
(Changes time of Pretrial hearing)

This Cause came before the Court <u>sua sponte</u>. The Court having determined that a conflict exists with the Court's calendar, it is

ORDERED AND ADJUDGED,

1. The Pretrial Conference is rescheduled to **September 29, 2000 at *2:00 p.m.***

2. All requirements in the Court's previous Scheduling Order, not revised herein, or by court order, shall remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2000.

                                                  ALAN S. GOLD
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished: (via telefax to counsel)
**U.S. Magistrate Judge Simonton**
**Loring Noel Spolter, Esq. (954) 563-2252**
2455 East Sunrise Blvd.
Suite 807
Ft. Lauderdale, FL 33304