IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6013 CIV-GOLD-SIMONTON

DANIEL McCARTHY,

    Plaintiff,

vs.

U.S.A. PROECTION, INC. f/k/a
R.A. SECURITY SYSTEMS, INC.

    Defendant.
_____/

FILED by _____ D.C.
SEP 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER

THIS CAUSE having come on to be heard on Plaintiff's Motion for Continuance and the Court being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby Granted. The pretrial Conference shall be held on Friday, October 6, 2000 at 1:30 pm.

DONE AND ORDERED in ~~Open Court~~ / ✓ In Chambers, at this 28 day of September, 2000.

_____
Alan S. Gold
United States District Court Judge

Copies Furnished:
Via telefax
Loring N. Spolter, Esq. 954-563-2252
Ron Steadman, Registered Agent
  Of Defendant corporation