IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6013-CIV-GOLD-SIMONTON

DANIEL McCARTHY,

    Plaintiff,

vs.

U.S.A. PROECTION, INC. f/k/a
R.A. SECURITY SYSTEMS, INC.

    Defendant.
_____/



### PLAINTIFF'S MOTION FOR CONTINUANCE

Plaintiff, DANIEL McCarthy, by and through his undersigned counsel, hereby requests a Motion for Continuance and as grounds states:

1. The Pretrial Conference in this matter is scheduled for Friday, September 29, 2000 at 2:00.

2. September 29, 2000 is the beginning of Rosh Hashanah, a Jewish religious holiday.

3. Undersigned counsel has made religious commitments and must be in Boynton in the early afternoon of September 29, 2000.

4. This Motion is filed in good faith and without intent to cause undue delay.

WHEREFORE, the undersigned respectfully moves this Honorable Court to continue the Pretrial Conference until some time after October 9, 2000.

Respectfully submitted,

LORING N. SPOLTER, P.A.
Counsel for Plaintiff
2455 E. Sunrise Boulevard
International Building, #807
Ft. Lauderdale, FL 33304
Fla. Bar No. 0864196
(954) 728-3494

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ✓ U.S. Mail, ___ Fax Transmission to, Ron Steadman, Registered Agent for Defendant, 19371 S.W. 118th Court, Miami, FL 33177, this 28th day of September, 2000.

LORING N. SPOLTER



```
CASE:      1:00-cv-03287
DOCUMENT:  8
DATE:      10/03/00

CLERK:     hd
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 00-CV3287-ASG
MAGISTRATE JUDGE

**NIGHT BOX FILED**
SEP 1 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

AEROPARTS, INC., a Florida
corporation,

        Plaintiff,

v.

AAR LANDING GEAR SERVICES,
INC.,

        Defendant.
_____/

## PLAINTIFF'S OPPOSITION TO REMOVAL OF ACTION

Plaintiff AEROPARTS, INC. ("AERO") files this, its opposition to Plaintiff AAR LANDING GEAR SERVICES, INC's ("AAR") Notice of Removal of the above-captioned matter and states as follows:

1. It is clear on the face of Plaintiff's Complaint and the Exhibit attached thereto that the above-captioned action is a purely local action occurring within Dade County, Florida. All negotiations, conversations and sales occurred in Dade County, Florida. Further all goods were shipped to Defendant's offices in Dade County, Florida. All payments were to be made in Dade County, Florida.

2. To vest the Federal Courts with jurisdiction over this case merely because Defendant has an affiliated company located out of the State of Florida would make a mockery out of the State Judicial System and would substantially broaden the Federal Court's jurisdiction.

WHEREFORE, Plaintiff respectfully requests that this Court deny removal of this



OCT - 3 2000
Rec'd in MIA Dkt _____



action and allow same to remain in State Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed *AND FAXED* to Glenn M. Rissman, Suite 1900, 200 East Broward Blvd, Fort Lauderdale, FL 33301, this ___ day of September, 2000.

James B. Curasi
Attorney for Plaintiff
P.O. Box 10169
Tallahassee, FL 32302
850-576-8492
Florida Bar No. 0172810

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 00-13858 CA (21)

AEROPARTS, INC., a Florida
corporation,

        Plaintiff,

v.

AAR LANDING GEAR SERVICES,
INC.,

        Defendant.
_____/

## PLAINTIFF'S OPPOSITION TO REMOVAL OF ACTION

Plaintiff AEROPARTS, INC. ("AERO") files this, its opposition to Plaintiff AAR LANDING GEAR SERVICES, INC's ("AAR") Notice of Removal of the above-captioned matter and states as follows:

1. It is clear on the face of Plaintiff's Complaint and the Exhibit attached thereto that the above-captioned action is a purely local action occurring within Dade County, Florida. All negotiations, conversations and sales occurred in Dade County, Florida. Further all goods were shipped to Defendant's offices in Dade County, Florida. All payments were to be made in Dade County, Florida.

2. To vest the Federal Courts with jurisdiction over this case merely because Defendant has an affiliated company located out of the State of Florida would make a mockery out of

the State Judicial System and ~~~ld substantially broaden the Federal Court's jurisdiction.

WHEREFORE, Plaintiff respectfully requests that this Court deny removal of the action and allow this action to remain in State Court.

### CERTIFICATE OF SERVICE

AND FAXED

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Glenn M. Rissman, Esq., Suite 1900, 200 East Broward Blvd., Fort Lauderdale, FL 33301, this 14th day of September, 2000.

James B. Curasi
Attorney for Plaintiff
P.O. Box 10169
Tallahassee, FL 32302
850-576-8492
Florida Bar No. 0172810