UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/



## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

Plaintiff, Daniel McCarthy ("McCarthy"), pursuant to Local Rule 16.1 of the Southern

District of Florida, Federal Rule of Civil Procedure 51, and the Court's Order Setting Plaintiff's

Case for Trial on Damages dated August 7, 2000, hereby submits his Proposed Special Verdict

Form.

Respectfully submitted,

This 28th day of September, 2000.

Respectfully Submitted,

Loring N. Spolter, P.A.
Attorney for Plaintiff
2455 E. Sunrise Blvd., Suite 807
Fort Lauderdale, FL 33304
Tel.  (954) 728-3494
Fax  (954) 563-2252

By:_____
    Loring N. Spolter, Esq.
    Fla. Bar No. 864196



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by U.S. mail to: Rod Steadman, Registered Agent of the above-named Defendant, 19371 S.W. 118th Court, Miami, Florida 33177, this 26 day of September, 2000.

By:_____

Loring N. Spolter, Esq.
Florida Bar No. 864196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by U.S. mail to:  Rod Steadman, Registered Agent of the above-named Defendant, 19371 S.W. 118th Court, Miami, Florida 33177, this 26 day of September, 2000.

By:_____
Loring N. Spolter, Esq.
Florida Bar No. 864196

2

## SPECIAL VERDICT FORM

### Damages to Compensate McCarthy for Loss of Pay

Since a default judgment has been entered against the Defendant, state what damages McCarthy is entitled to:

1.    By a preponderance of the evidence, we find that McCarthy is entitled to $_____ for the Defendant's failure to pay him for overtime hours and for failure to pay him time-and-a half pay for hours worked on holidays.

2.    By a preponderance of the evidence, we find that McCarthy is entitled to $_____ for the Defendant's failure to pay him for vacation time.

### Liquidated Damages

3.    Do you find by a preponderance of the evidence that the Defendant's failure to pay McCarthy for overtime pay and vacation time was willful?

**Overtime Pay** - Answer Yes or No:  _____.

**Vacation Time** - Answer Yes or No:  _____.

SO SAY WE ALL.

Date:_____        Foreperson:_____

3