# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD  COURTROOM 10 - TENTH FLOOR

FILED by _____ D.C.
OCT 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **6 Oct 2000** 1:30 PM ↓ 1:45 | 2:00 PM | **PRETRIAL CONFERENCE** | 00-6013-CIV<br><br>DANIEL MCCARTHY,<br>(Loring Spolter, Esq.)<br><br>vs.<br><br>U.S.A. PROTECTION, INC., |

P.T. CONFERENCE HELD —

© 2000 Lotus Development Corp.    10/6/00 at 9:28 AM    Page 1
Court Reporter: Joseph Millikan

19