UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

        Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

        Defendant.
_____/



## ORDER

**THIS CAUSE** is before the court following the pretrial conference that was held on Friday, October 6, 2000. While the defendant's registered agent was served with notice of this hearing, the defendant did not appear. The court will now consider the damages claimed by the plaintiff. Within twenty days of the filing of this order, the plaintiff will establish his damages by filing affidavits and exhibits with the court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _10_ day of October, 2000.

                      THE HONORABLE ALAN S. GOLD
                      UNITED STATES DISTRICT JUDGE

cc:
**Loring N. Spolter, P.A.**
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304
**Rod Steadman, Registered Agent**
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177

