UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/



**PLAINTIFF'S NOTICE OF FILING PROPOSED FINAL JUDGMENT**

Plaintiff, Daniel McCarthy, hereby files his Proposed Final Judgment.

          Respectfully submitted,

          LORING N. SPOLTER, P.A.
          2455 E. Sunrise Blvd
          Suite 807
          Fort Lauderdale, Florida 33304
          Tel. (954) 728-3494
          Fax. (954) 563-2252

          By: _____
               Loring N. Spolter Esq.
               Fla. Bar No. 0864196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by U.S. mail to: Rod Steadman, Registered Agent of the above-named Defendant, 19371 S.W. 118th Court, Miami, Florida 33177, this ____ day of October, 2000.

By: _____
Loring N. Spolter Esq.
Fla. Bar No. 0864196

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.

_____/

## FINAL JUDGMENT

The above action came before the Court. The issues have been decided upon issuance of a default judgment against rendered against the Defendant and for the Plaintiff.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff McCarthy is entitled to $13,869.96 in back pay damages for the Defendant's violations of the Fair Labor Standards Act.

2. Plaintiff McCarthy is entitled to $13,869.96 in liquidated damages for the Defendant's violations of the Fair Labor Standards Act.

3. McCarthy is entitled to pre-judgment and post-judgment interest.

4. Let execution issue forthwith.

5. The Court retains jurisdiction for the purposes of entertaining a motion for attorneys' fees and/or costs by Plaintiff McCarthy, as well as for determining whether the corporate veil of the Defendant should be pierced such that Robert Odeirna, Sr. and/or Robert Odeirna, Jr., should be held individually liable.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of October, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:   Loring N. Spolter, Esq.
      Rod Steadman, Esq.