UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the court *sua sponte*. On October 6, 2000, the court held a pretrial conference during which it informed the plaintiff that he was required to establish his damages after the defendant's default by filing affidavits and exhibits with the court. Following this hearing, the court issued an order instructing the plaintiff to the same effect. To date, the plaintiff has not filed the requested affidavits and/or exhibits. Instead, he has simply filed a proposed judgment. The plaintiff is instructed that, within ten days of this order, he must file affidavits and/or exhibits with the court establishing that he is entitled to the relief requested.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of October, 2000.

                                          **THE HONORABLE ALAN S. GOLD**
                                          **UNITED STATES DISTRICT JUDGE**

cc:



Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177