UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

## AFFIDAVIT OF DANIEL McCARTHY

STATE OF FLORIDA    )
                             ) ss
COUNTY OF BROWARD  )

    The undersigned, DANIEL McCARTHY, first being duly sworn according to law, deposes and states:

    1.    I am over the age of 18 years old, and I am of sound mind and body, and otherwise *sui juris*.

    2.    I worked for the Defendant during 1997-1999. My work weeks consisted of 66 hours. I worked holidays, and I was not paid for unused vacation time.

    3.    For all of the time I worked, I only received straight time, which averaged $13.25 per hour. In violation of the Fair Labor Standards Act, I did not receive time-and-one-half pay for any of the hours which exceeded forty (40) hours in one work week, nor did I receive time and one-half pay for any holiday hours worked. Additionally, I was not paid for unused vacation pay.



4. My back pay damages are as follows for overtime: 68 (weeks of work) x 26 (hours of overtime per week) = 1,768 hours of overtime worked during 1997-99. Because my average hourly rate was $13.25 per hour, I am entitled to time and one-half for each hour worked that was more than 40 in any given workweek, which equals $19.88 per hour. Thus, for each hour of overtime worked, the Defendant owes me $6.63. I am owed: 1,768 (hours of overtime) x $6.63 (one-half of $13.25) = $11,721.84.

5. I also maintain that the Defendant's violation of the Fair Labor Standards Act was willful, and therefore the Defendant should be assessed $11,721.84 in liquidated damages. Therefore, I am entitled to a total of $23,442.68 for overtime hours for which I was not paid.

6. The Defendant was/is owned by Robert Odeirna, Sr. and Robert Odeirna, Jr. The Odeirna's are knowledgeable about the Fair Labor Standards Act, and that it requires that employees be paid time and one-half for overtime, holidays, and unused vacation time. The Odeirna's in fact looted the Defendant after I stopped working there and filed suit, as they took all of the assets of the business and wrote themselves checks for "consulting fees." The assets of the business totaled in the hundreds of thousands of dollars. The Odeirna's opened another business similar to the Defendant while they were looting the Defendant. Accordingly, in its Final Judgment, this Court should pierce the corporate veil of the Defendant, and hold the Odeirna's personally liable for the violation of the Fair Labor Standards Act. Alternatively, the Court should allow me to amend the Complaint to sue the Odeirna's in their individual capacities.

7. My back pay damages for holiday time are as follows: During 1998 and 1999, I worked a total of 120 hours on holidays, but was only paid straight time. 120 (holiday hours) x

$6.63 = $795.60. Again, I am entitled to an additional $795.60 in liquidated damages of $795.60.

8.  My earned vacation time that was not paid for was 264 hours. I am entitled to be reimbursed for his accrued vacation time. 264 (unused vacation hours) x $6.63 = $1,750.32. Again, I am entitled to $1,750.32 in liquidated damages.

9.  The total amount that I am due, for overtime pay, holiday pay, and unused vacation pay is as follows (incorporating liquidated damages):

|  |  |  |
|---|---|---|
|  | $23,443.68 | (overtime) |
|  | $ 795.60 | (holiday) |
|  | $ 3,500.64 | (vacation) |
| Total | $27,739.92 |  |

FURTHER AFFIANT SAYETH NAUGHT

_____
Daniel McCarthy

SWORN TO and SUBSCRIBED before me this 18th day of October, 2000, by Daniel McCarthy, who is personally known to me or who produced _____, as identification, and who did take an oath.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:


Linda R Lee
My Commission CC834495
Expires March 30, 2001