IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6013-CIV-GOLD-SIMONTON

DANIEL McCARTHY,

    Plaintiff,

vs.

U.S.A. PROECTION, INC. f/k/a
R.A. SECURITY SYSTEMS, INC.

    Defendant.
_____/

## NOTICE OF FILING AFFIDAVIT IN SUPPORT OF PREVIOUSLY FILED PROPOSED FINAL JUDGMENT

PLAINTIFF, DANIEL MCCARTHY, by and through his undersigned counsel, hereby files with this Honorable Court an affidavit in support of a previously filed proposed final judgment.

Said proposed final judgment was timely mailed on October 20, 2000. The affidavit was inadvertently omitted from said pleading. Although the undersigned believes that a copy of said affidavit was mailed to the Court on Wednesday, October 25, 2000, the undersigned received an Order to Show Cause, which directed that said affidavit be provided to the Court.

In the abundance of caution, the undersigned now re-mails a copy of said affidavit in support of the previously provided proposed final judgment.

Respectfully submitted,

LORING N. SPOLTER
Counsel for Plaintiff
2455 E. Sunrise Boulevard
International Building, #807
Ft. Lauderdale, FL 33304
Fla. Bar No. 0864196
(954) 728-3494

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, Rod Steadman, Registered Agent of defendant, 19371 S.W. 118th Court, Miami, FL 33177 and Mr. Robert Odierna, U.S.A. PROTECTION, INC., 3200 N.E. 14th Street Causeway, Pompano Beach, FL 33062, this 30th day of October, 2000.

_____
LORING N. SPOLTER