UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly known as R.A. SECURITY SYSTEMS, INC., a Florida corporation,

Defendant.
_____/



## ORDER WITHDRAWING ORDER SHOW CAUSE

**THIS CAUSE** is before the court *sua sponte*. The court had previously entered an order to show cause directing the plaintiff to file affidavits and/or exhibits in support of his claim for damages. It has been brought to the court's attention that the plaintiff had filed an affidavit on damages with his proposed final judgment, but this affidavit was inadvertently left out of the proposed judgment received in the court's chambers. Accordingly, the court WITHDRAWS its order to show cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of November, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:

Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807



1

Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177