UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly known as R.A. SECURITY SYSTEMS, INC., a Florida corporation,

Defendant.
_____/

**CLOSED CIVIL CASE**

FILED by _JM3_ D.C.

NOV 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL JUDGMENT

**THIS CAUSE** is before the court following an entry of judgment on liability against the defendants. The complaint in this case was filed on January 5, 2000, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. The defendant never responded to the complaint or otherwise made any appearance in this case. On May 31, 2000, the court entered default judgment against the defendants, and the plaintiff filed an affidavit in support of his statement on damages. The court has reviewed the affidavit submitted by the plaintiff and has determined that the plaintiff is entitled to damages under 29 U.S.C. § 216(b). Accordingly, it is

**ORDERED AND ADJUDGED THAT:**

1. The plaintiff is entitled to $14,267.76 in back pay damages for the defendant's violations of the Fair Labor Standards Act. This sum represents the total due from unpaid overtime pay ($11,721.84), holidays ($795.60), and earned vacation time ($1,750.32).

1

2. The plaintiff is also entitled to $14,267.76 in liquidated damages for the defendant's violations of the Fair Labor Standards Act.

3. McCarthy is entitled to postjudgment interest.

4. Let execution issue forthwith.

5. The court retains jurisdiction for the purposes of entertaining a motion for attorneys' fees and costs by the plaintiff.

6. The clerk shall CLOSE this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of November, 2000.

_____
**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

cc:

Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177