UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

FILED by _____ D.C.
MAR 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DANIEL MCCARTHY,

      Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

      Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the plaintiff's motions to tax costs (DE #27) and for attorneys fees (DE #28) are REFERRED to **United States Magistrate Judge Andrea M. Simonton** to take all necessary and proper action as required by law. It is further ordered that any additional motions stemming from the claimant's motion are hereby referred to the magistrate judge for all such proceedings as are permissible by law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of March, 2001.

                                                THE HONORABLE ALAN S. GOLD
                                                UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton

Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177