UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly known as R.A. SECURITY SYSTEMS, INC., a Florida corporation,

    Defendant.
_____/

FILED by _____ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that Robert Odierna, Jr.'s motion for protective order (DE #29) is REFERRED to **United States Magistrate Judge Andrea M. Simonton** to take all necessary and proper action as required by law. It is further ordered that any additional motions stemming from the claimant's motion are hereby referred to the magistrate judge for all such proceedings as are permissible by law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of March, 2001.

                                                     THE HONORABLE ALAN S. GOLD
                                                   UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton

1

34

Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177