

FILED by _____ D.C

APR 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

      **Plaintiff,**

vs.

**U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,**

      **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** is before the court upon Magistrate Judge Simonton's Report and Recommendation issued on March 15, 2001. Presently pending before this court are plaintiff's verified motions to tax costs (DE #27) and for attorney's fees (DE #28). The Magistrate Judge has recommended that the court grant the plaintiffs' motions by default because the defendant has not responded to the plaintiff's motion. Additionally, the Magistrate Judge notes that the plaintiff's requests are meritorious. The defendant has not filed any objections to the Magistrate Judge's Report and Recommendation, so the court is not obligated to apply a de novo standard. Instead, the court evaluates the portions of the report and recommendation that are not objected to under a clearly erroneous standard. *See Davis v. Apfel*, 93 F. Supp.2d 1313, 1317 (M.D. Fla. 2000); *see also* 28 U.S.C. § 636(b)(1)(C). Having reviewed the report and recommendation and the record under the applicable standard, it is

      **ORDERED AND ADJUDGED THAT:**

1



A.    The court ADOPTS and AFFIRMS the Report and Recommendation of the Magistrate Judge.

B.    The plaintiff's verified motion to tax costs (DE #27) is GRANTED in the amount of One Hundred Ninety-Five Dollars ($195.00).

C.    The plaintiff's verified motion for attorney's fees (DE #287) is GRANTED IN PART AND DENIED IN PART, awarding the plaintiff attorney's fees of Eight Thousand Seven Hundred Fifty Dollars ($8,750.00) and denying the plaintiff's request for an enhancement of Two Thousand One Hundred Eighty-Seven Dollars and Fifty Cents ($2,187.50).

D.    The plaintiff's total award pursuant to these motions shall be Eight Thousand Nine Hundred Forty Five Dollars ($8,945.00).

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___9___ day of April, 2001.

**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

cc:
Magistrate Judge Simonton

Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd., Suite 807
Ft. Lauderdale, FL 33304

Rod Steadman, Registered Agent
U.S.A. Protection, Inc.
19371 SW 118th Ct.
Miami, FL 33177