UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME
## TO COMPLY WITH THE SUBPOENA DUCES TECUM

Robert Odierna, Jr., through his undersigned attorneys moves this Honorable Court for the entry of an Order extending the time within which to appear for deposition and produce documents, pursuant to Local Rule 7.1 (A)(1)(j):

1.    Robert Odierna, Jr. made a Motion for Protective Order on February 26, 2001 to quash a subpoena duces tecum served on him by Plaintiff.

2.    This Court denied the Motion for Protective Order on March 23, 2001, and ordered Robert Odierna, Jr. to appear for deposition and produce the documents no later than April 27, 2001.

3.    Robert Odierna, Jr. wishes to retain new counsel. He has good cause to request 2 extra weeks beyond April 27, 2001 in order to do this and to comply with the extensive document requests contained in the subpoena. For example, the documents to be produced include copies or

originals dating from 1997 of all of Robert Odierna, Jr.'s financial statements, income records, real and personal property records, insurance policies, tax returns, corporate securities, bankruptcy records, minutes of corporate meetings, names of debtors and creditors, pension plans and business agreements. The subpoena also requests Robert Odierna, Jr. to calculate the present value of all his personalty and to identify its location.

4. Undersigned spoke with Plaintiff's counsel, Loring Spolter, in a good faith effort to resolve the matter. Plaintiff's counsel agreed to a postponement of only 7 days and no longer.

WHEREFORE, Robert Odierna, Jr. respectfully requests that this Honorable Court to enter its Order extending the due date for the deposition and production of documents to May 11, 2001, and providing such other relief as the Court may deem appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that, I, counsel for Robert Odierna, Jr. conferred with counsel for Plaintiff by telephone on April 24, 2001, in an effort to resolve this dispute without court action. Counsel could not resolve the dispute as to the amount of extra time within which the documents were to be produced.

        GUNSTER, YOAKLEY & STEWART, P.A.
        Attorneys for Robert Odierna, Jr.
        Suite 3400, One Biscayne Tower
        2 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 376-6000
        Fax: (305) 360-6010
        E-Mail: rmiller@gunster.com

By: _____
        Raymond V. Miller, Esq.
        Fla. Bar No. 328901

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Protective Order and Incorporated Memorandum of Law was furnished by facsimile and U.S. Mail this 1st day of May, 2001 to Loring N. Spolter, P.A., 2455 East Sunrise Boulevard, Suite 807, Fort Lauderdale, Florida 33304.

        GUNSTER, YOAKLEY & STEWART, P.A.
        Suite 3400, One Biscayne Tower
        2 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 376-6000

        By: _____
             Raymond V. Miller, Esq.

305644.1