UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/



FILED by AW D.C.
MAY 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER

**THIS MATTER** came before this Court upon Robert Odierna, Jr.'s, Motion for an Extension of Time to Comply With The Subpoena Duces Tecum. Upon consideration of the Motion and a careful review of the record, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Robert Odierna, Jr. shall have up to and including May 11, 2001 to appear for deposition and produce the subpoenaed documents.

**DONE AND ORDERED** at Miami-Dade County, Florida, this _8th_ day of May, 2001.

                                                        _Andrea M. Simonton_
                                                       ANDREA M. SIMONTON
                                                       UNITED STATES MAGISTRATE JUDGE

cc: Loring N. Spolter, Esquire
      Raymond V. Miller, Esquire
305647.1

