UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO WITHDRAW MOTION TO HOLD ALTER EGO OF DEFENDANT, ROBERT ODIERNA JR., IN CONTEMPT OF COURT FOR FAILURE TO FOLLOW COURT ORDER**

Plaintiff, DANIEL MCCARTHY ("McCarthy"), through his undersigned attorneys, files this Motion to Withdraw Motion to Hold Alter Ego of Defendant, Robert Odierna Jr., in Contempt of Court for Failure to Follow Court Order, and states:

1. McCarthy filed a Motion to Hold Odierna Jr. in contempt of Court, because this Court ordered him to make himself available for deposition by April 27, 2001, and that he bring certain documents to the deposition.

2. April 27, 2001 came and went and Odierna Jr. did not make himself available for deposition or provide documents, so McCarthy filed a Motion to Hold him in Contempt of Court.

3. Odierna Jr.'s counsel has informed undersigned counsel that he is producing the relevant documents and Odierna Jr. will make himself available for deposition forthwith. Accordingly, based on the representation of Odiern Jr.'s counsel, undersigned counsel withdraws his Motion to Hold Odierna Jr. in contempt of Court at this time.

Attorney for the Plaintiff
Loring N. Spolter, P.A.
International Building
2455 E. Sunrise Blvd.
Suite 807
Fort Lauderdale, FL 33304
Tel. (954) 728-3494
Fax (954) 563-2252

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 864196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by U.S. mail to: Steven Naturman, Esq., Two Datran Center, Suite 1509, 9130 S. Dadeland Blvd., Florida 33156, this 25 day of May, 2001.

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 864196