UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___tA___ D.C.

01 JUN -4 AM 10: 55

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.- MIAMI

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** is before the court upon the plaintiff's motion to withdraw (DE #41) his motion to hold the defendant's alter ego in contempt (DE #39). It is hereby:

**ORDERED AND ADJUDGED** that the plaintiff's motion to withdraw (DE #41) is GRANTED, and his motion to hold the defendant's alter ego in contempt (DE #39) is WITHDRAWN.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3/ day of May, 2001.

                                          THE HONORABLE ALAN S. GOLD
                                        UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton
Loring N. Spolter, P.A.; International Building; 2455 E. Sunrise Blvd., Suite 807; Ft. Lauderdale, FL 33304
Steven Naturman, Esq.; 9130 S. Dadeland Blvd., Ste. 1509; Miami, FL 33156