UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.

_____/



## MOTION FOR LEAVE TO WITHDRAW

    GUNSTER, YOAKLEY & STEWART, P.A. hereby moves this Honorable Court for permission to withdraw as counsel for Robert Odierna, Jr. pursuant to Local Rule 7.1 (A)(1)(f), and states:

    1.    Undersigned attorneys have appeared as counsel of record for Robert Odierna, Jr., in the above-referenced litigation.

    2.    Robert Odierna, Jr. has retained Steven Naturman, Esq., as new counsel to represent him in this matter. Thus, there is no need for the undersigned to continue to appear. It is anticipated that Mr. Naturman will appear of record for M.r Odierna as, if and when it is necessary to do so.

Daniel McCarthy v. U.S.A. Protection, Inc., et al
Case No. 00-6013-CIV-GOLD/SIMONTON

3. GUNSTER, YOAKLEY & STEWART, P.A. requests that this Honorable Court allow it to withdraw as counsel in this matter, relieving the firm from further responsibility for this action.

WHEREFORE, for the foregoing reasons, GUNSTER, YOAKLEY & STEWART, P.A. respectfully requests this Honorable Court to enter its Order allowing the firm to withdraw as counsel for Robert Odierna, Jr. and relieving it of further responsibility in this action, together with such other and further relief as this Court deems just.

Respectfully submitted,

GUNSTER, YOAKLEY & STEWART, P.A.
Suite 3400, One Biscayne Tower
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 376-6000
Fax: (305) 360-6010
E-Mail: rmiller@gunster.com

By: _____
Raymond V. Miller, Esq.
Fla. Bar No. 328901

Daniel McCarthy v. U.S.A. Protection, Inc., et al
Case No. 00-6013-CIV-GOLD/SIMONTON

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail this _7_ day of June, 2001 to Loring N. Spolter, P.A., 2455 East Sunrise Boulevard, Suite 807, Fort Lauderdale, Florida 33304; Steven H. Naturman, Esq. Naturman & Joblove, P.A., 9500 S. Dadeland Blvd., Miami, Florida 33156; and Mr. Robert Odierna, Jr., c/o Go Wireless, 3399 N.W. 72d Avenue, Suite 201, Miami, Florida 33179 .

By: _____
Raymond V. Miller, Esq.

308583.2