UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

v.

U.S.A. PROTECTION, INC., formerly
known as R.A. SECURITY SYSTEMS,
INC., a Florida corporation,

    Defendant.
_____/



## ORDER PERMITTING WITHDRAWAL OF ATTORNEY

THIS CAUSE having come before the Court upon motion to withdraw as counsel for Robert Odierna, Jr. by Gunster, Yoakley & Stewart, P.A. and appropriate notice having been given to all parties of the hearing before the Court, it is thereupon

**ORDERED and ADJUDGED** as follows:

The motion is GRANTED and the Gunster, Yoakley & Stewart, P.A. is hereby permitted to withdraw as attorney for Robert Odierna, Jr. forthwith, and discharged of all further responsibility in the matter.

**DONE and ORDERED** in Chambers at Miami, Florida on this ___ day of _____, 2001.

                                                      ALAN S. GOLD
                                                    UNITED STATES JUDGE

Copies furnished to:
The Honorable Andrea M. Simonton, US Magistrate Judge
Raymond V. Miller, Esq.
Loring N. Spolter, Esq.
Steven H. Naturman, Esq.
Robert Odierna
308589.1