IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO.: 00-6013-CIV-GOLD-SIMONTON

DANIEL McCARTHY,

    Plaintiff,

vs.

U.S.A. PROECTION, INC. f/k/a
R.A. SECURITY SYSTEMS, INC.

    Defendant.
_____/

### NOTICE OF NON-AVAILABILITY OF COUNSEL

LORING N. SPOLTER, undersigned counsel, hereby files this notice of Non-Availability for the dates of:

* December 10, 2001 through January 7, 2002.

* January 25, 2002 through February 4, 2002.

* March 5, 2002 through March 6, 2002.

Counsel will be out of town on the above mentioned dates and will be unavailable for Court trials or Court hearings or to respond to motions or pleadings.

(Continued)

NON-COMPLIANCE OF S.D. fla. L.R. S/A2

Further, Counsel respectfully requests that no Court trials or hearings be set for this time, that no motions or pleadings be filed or mailed on these dates, and that no motions or pleadings be filed which have deadline dates for the stated time periods.

Respectfully submitted,

LORING N. SPOLTER
Counsel for Plaintiff
2455 E. Sunrise Boulevard
International Building, #807
Ft. Lauderdale, FL 33304
Fla. Bar No. 0864196
(954) 728-3494

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ✓ U.S. Mail, ___ Fax Transmission to, Steven Naturman, Two Datran Center, Suite 1509, 9130 S. Dadeland Blvd., Miami, FL 33156 this 9 day of October, 2001.

LORING N. SPOLTER