UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., fka
R.A. SECURITY SYSTEMS, INC.,
a Florida Corporation,

    Defendant.
_____/

**AFFIDAVIT OF ROBERT ODIERNA, JR. IN COMPLIANCE
WITH ORDER ON PENDING DISCOVERY MOTIONS**

STATE OF FLORIDA    )
                                ) SS.
COUNTY OF MIAMI-DADE  )

Robert Odierna, being duly sworn, says:

1. My name is Robert Odierna, Jr. I make this affidavit in compliance with the Order on Pending Motions. This affidavit is made upon my own personal knowledge and I am competent to testify to these matters.

**Stolen Accounting Records**

2. I have used the accountant Shirley Edwards and the firm of Crandell and Associates, Inc. ("Crandell") as my accountant since 1998. They are located at 120 East Oakland Park Boulevard, Suite 107, Fort Lauderdale, FL 33334. The telephone number is (954) 565-9903.

3. In April 2001, I was advised by Crandell that Shirley Edwards had resigned from their firm suddenly and that all the files she had worked on, including mine, were missing. The representatives at Crandell believed the files were stolen and reported the matter to the Wilton Manors Police Department. I received the attached letter from Crandell.



4.      Since the theft, I have been unable to obtain my accounting records. The specific documents that were left with Crandell and are now missing include the following items: W-2s, 1099s, returns and backup files. I worked with Crandell and the police to obtain the records, but I cannot recover anything that was not filed with the Internal Revenue Service. Shirley Edwards has not been located to the best of my knowledge nor have my files.

### Flood at Storage Facility

4.      I have maintained a storage unit for some time at Storage USA, 4995 NW 79th Avenue, Miami, Florida. I stored many personal belongings there including personal banking and financial records.

5.      In October 2000, the storage facility was flooded during a heavy rainstorm and my storage unit, number 2102, sustained substantial water damage. Much of my property was destroyed, including financial and business records. The destroyed documents included the following older W-2s and 1099s, statements from creditors, computer monitor and business records. Most of the damaged files could not be salvaged and had to be thrown out. Storage USA provided me with the attached letter to confirm this information.

_____
Robert Odierna

The foregoing instrument was acknowledged before me this 24 day of January, 2002 by Robert Odierna who is personally known to me or who has produced FL Driver Lic. as identification and who did take an oath.

_____
Signature of person taking acknowledgment

2