UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., fka
R.A. SECURITY SYSTEMS, INC.,
a Florida Corporation,

    Defendant.

_____/



## NOTICE OF FILING AFFIDAVIT IN COMPLIANCE WITH
## ORDER ON PENDING DISCOVERY MOTIONS

The non-party witness, Robert Odierna, Jr., respectfully files and gives notice of the filing of a copy of the affidavit in compliance with the Order on Pending Discovery Motions. The original of such motion will be filed shortly hereafter.

I HEREBY CERTIFY that on January 24, 2002 a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, and by facsimile to:

Loring Spolter, Esq.
International Building, Suite 807
2455 E. Sunrise Boulevard
Ft. Lauderdale, FL 33304

               STEVEN H. NATURMAN, P.A.
               Two Datran Center, Suite 1509
               9130 South Dadeland Boulevard
               Miami, Florida 33156
               (305) 670-8353
               (305) 670-5596 (facsimile)

               By: _____
                   Steven H. Naturman
                   (Florida Bar No. 709920)

