UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6013-CIV-GOLD/SIMONTON

DANIEL MCCARTHY,

    Plaintiff,

vs.

U.S.A. PROTECTION, INC., fka
R.A. SECURITY SYSTEMS, INC.,
a Florida Corporation,

    Defendant.
_____/

### NOTICE OF FILING AFFIDAVIT IN COMPLIANCE WITH
### ORDER ON PENDING DISCOVERY MOTIONS

The non-party witness, Robert Odierna, Jr., respectfully files and gives notice of the filing of the original affidavit in compliance with the Order on Pending Discovery Motions. A copy had been previously filed.

I HEREBY CERTIFY that on January 31, 2002 a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, to:

Loring Spolter, Esq.
International Building, Suite 807
2455 E. Sunrise Boulevard
Ft. Lauderdale, FL 33304

                         STEVEN H. NATURMAN, P.A.
                         Two Datran Center, Suite 1509
                         9130 South Dadeland Boulevard
                         Miami, Florida 33156
                         (305) 670-8353
                         (305) 670-5596 (facsimile)

                         By:_____
                            Steven H. Naturman
                            (Florida Bar No. 709920)

