IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6013-CIV-GOLD-SIMONTON

DANIEL McCARTHY,

    Plaintiff,

vs.

U.S.A. PROECTION, INC. f/k/a
R.A. SECURITY SYSTEMS, INC.

    Defendant.
_____/



**NOTICE OF NEW ADDRESS OF PLAINTIFF'S COUNSEL**

COMES NOW, Loring N. Spolter, undersigned counsel, to hereby inform this Honorable Court and opposing counsel that the undersigned has relocated his office and has a new mailing address of 3471 N. Federal Highway, Suite 410, Fort Lauderdale, FL 33306. While the undersigned's telephone and fax numbers remain unchanged, all correspondence from this date forward should be directed to this new address.

Respectfully submitted,

LORING N. SPOLTER
LORING N. SPOLTER, P.A.
3471 N. Federal Highway, Suite 410
Fort Lauderdale, FL 33306
Phone (954) 728-3494
Fax   (954) 563-2252
Fla. Bar No. 0864196